UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIESA RENE BROWN, | No. 2:21-cv-01045-DAD-AC |
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANTS' OBJECTIONS TO THE SCHEDULING ORDER |
| COUNTY OF SOLANO, et al., | |
| Defendants. | (Doc. No. 78) |

On August 30, 2024, defendants Bay Imaging Consultants, Cynthia Tan, and Robinson Yu (the "BIC defendants") filed an objection (Doc. No. 78) to the court's scheduling order (Doc. No. 75). The BIC defendants request that the court modify the scheduling order to reflect that the trial will be bifurcated such that the statute of limitations issue will be tried first. (Doc. No. 78 at 1.) This request was not raised in the parties' joint status report (Doc. No. 74) submitted prior to the court's issuance of the scheduling order. The BIC defendants have not sufficiently supported this request at this time, and accordingly, it will be denied without prejudice to the BIC defendants raising it again at any point in advance of the final pre-trial conference by filing a properly noticed motion to bifurcate the trial.

IT IS SO ORDERED.

Dated:  **September 5, 2024**

                                                          /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE